HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH DAHL, in his Personal Capacity and as Personal Representative of the Estate of BRANDON DAHL, deceased,<br><br>                    Plaintiff,<br>     v.<br><br>MASON COUNTY, et al.,<br><br>                    Defendants. | CASE NO. C16-5719 RBL<br><br>ORDER ON MOTIONS FOR SUMMARY JUDGMENT [DKT. 85; DKT. 97; DKT. 108] |

THIS MATTER is before the Court on the Mason County Defendants' Motion for Partial Summary Judgment [Dkt. 85], Plaintiff's Motion for Partial Summary Judgment [Dkt. 97], and Defendant Health Care Delivery Systems' Motion for Summary Judgment [Dkt. 108]. The Court, having carefully considered the parties' written briefings, oral arguments, and for the reasons stated on the record during oral argument rules as follows:

**A. Mason County Defendants' Motion for Partial Summary Judgment (Dkt. 85)**

- The individual Mason County Defendants' Motion for Summary Judgment based on qualified immunity is **GRANTED IN PART** with respect to Defendants Jayson Zaniewski, Tammy Reeves, Michael Griensewic, Shane Schoeneberg, and James Belleville. These Defendants are DISMISSED WITH PREJUDICE from the lawsuit.

- The motion is **DENIED IN PART** with respect to Defendants Matt Gray, Brad McQuade, Joseph Ott, and Angela Langston (Brown). These Defendants remain in the lawsuit.
- Mason County's Motion for Summary Judgment on Plaintiff's § 1983 Claim is **DENIED**.
- Mason County's Motion for Summary Judgment on Plaintiff's state law personal capacity damages claim is **GRANTED** and that claim is DISMISSED WITH PREJUDICE.

**B. Plaintiff's Motion for Partial Summary Judgment (Dkt. 97)**

- Plaintiff's Motion for Summary Judgment on *respondeat superior* liability is **DENIED**.
- Plaintiff's Motion for Summary Judgment on Mason County's affirmative defense of comparative fault is **GRANTED**.
- Plaintiff's motion for a finding of negligence against Defendants as a matter of law is **DENIED**.

**C. Healthcare Delivery Systems Motion for Summary Judgment (Dkt. 108)**

- Defendant Healthcare Delivery Systems Motion for Summary Judgment on all claims is **DENIED**.

IT IS SO ORDERED.

Dated this 22nd day of January, 2018.

Ronald B. Leighton
United States District Judge