1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8 | KEITH DAHL, in his Personal Capacity and as
Personal Representative of the Estate of
9 | BRANDON DAHL, deceased,

10 | Plaintiff,

11 | v.

12 | MASON COUNTY, et al.,

13 | Defendants.

NO. 3:16-cv-05719-RBL

**STIPULATED MOTION AND
ORDER TO APPROVE
SETTLEMENT AND DISMISS
CASE**

## I.    INTRODUCTION

14

15        Plaintiff, KEITH DAHL, in his personal capacity and as personal representative of the

16 Estate of Brandon Dahl; Defendants MASON COUNTY, a political subdivision of the State of

17 Washington; GARY HAUGEN, as Personal Representative for the Estate of TOM HAUGEN,

18 deceased; CASEY SALISBURY; ANGELA LANGSTON; JOSEPH OTT; BRAD MCQUADE;

19 and MATT GRAY (collectively "County Defendants"); and Defendant HEALTH CARE

20 DELIVERY SYSTEMS, INC. ("HDS") (collectively the "Parties"), by and through their counsel

21 of record, respectfully request the Court approve a settlement agreement reached between the

22 Parties and dismiss this case with prejudice and without further costs or attorneys' fees on the terms

23 set forth in the Settlement *Guardian ad Litem* Report ("GAL Report").

24

25

STIPULATED MOTION AND ORDER TO APPROVE
SETTLEMENT AND DISMISS  - 1

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

## II.   RELIEF REQUESTED

The Parties respectfully request that the Court issue an order approving the settlement agreement reached between the Parties and dismiss this case with prejudice and without further costs or attorneys' fees on the terms set forth in the Settlement GAL Report.

## III.   EVIDENCE RELIED UPON

This Stipulated Motion to Approve Settlement and Dismiss ("Motion") is based upon the Settlement GAL Report on file with this Court, which, in turn, is based on: (1) a Release and Hold Harmless Agreement between Mr. Dahl, in his Personal Capacity and as Personal Representative of the Estate of Brandon Dahl, and the County Defendants; (2) a Settlement Agreement and Release between Mr. Dahl, as Personal Representative of the Estate of Brandon Dahl, and HDS; and (3) a Mediation Settlement Agreement between the Parties (collectively "Settlement Agreements").

## IV.   STATEMENT OF FACTS

On August 16, 2016, Plaintiff filed a complaint against Defendants alleging negligence and violations of 42 U.S.C. § 1983.  The Parties have since negotiated a global settlement of all claims against all Defendants.  The terms of the global settlement are provided in the Settlement GAL Report.

On May 25, 2017, the Court appointed Michael B. Smith, to serve as *Guardian ad Litem* ("GAL") for BD, a minor.  Mr. Smith participated in mediation, reviewed each of the Settlement Agreements, and prepared a Settlement GAL Report, which he filed with the Court under seal on October 9, 2018 (Dkt. 159).  The Settlement GAL Report recommends that this Court approve the terms of the Settlement Agreements, finding the Parties' settlement a fair and reasonable compromise.

## V.   AUTHORITY & ARGUMENT

The Parties respectfully request that the Court approve the settlement and dismiss this case

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

with prejudice and without further costs or attorneys' fees on the terms set forth in the Settlement GAL Report.

The Court's approval of the settlement is appropriate because the settlement terms negotiated between the Parties are "fundamentally fair, adequate, and reasonable." *United States v. Oregon*, 913 F.2d 576, 580 (9th Cir. 1990). Here, the Parties agree that the Settlement Agreements are fair, adequate, and reasonable. Further, the GAL has approved the settlement and specifically found that it is a fair and reasonable compromise. Accordingly, the Court's approval of the settlement, and related dismissal of this case, is appropriate.

## VI.    CONCLUSION

For the reasons set forth above, the Parties respectfully request that the Court approve the settlement reached between the Parties and dismiss this case with prejudice and without further costs or attorneys' fees on the terms set forth in the Settlement GAL Report.

DATED this 11th day of October 2018.

WILLIAMS, KASTNER

s/Heidi Mandt
Heidi Mandt, WSBA #26880
1515 SW Fifth Avenue, Suite 600
Portland, Oregon 97201
Attorney for Defendants Healthcare Delivery
Systems
Phone: (503) 228-7967
Email: hmandt@williamskastner.com

GALANDA BROADMAN

s/ Gabriel S. Galanda
Ryan Dreveskracht, WSBA No. 42593
Gabriel S. Galanda, WSBA No. 30331
Attorneys for Plaintiff
P.O. Box 15146
Seattle, WA 98115
Tel: (206) 557-7509
Email: ryan@galandabroadman.com
gabe@galandabroadman.com

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

LAW LYMAN DANIEL KAMERRER &
BOGDANOVICH PS

/Guy Bogdanovich
Guy Bogdanovich, WSBA No. 14777
Attorney for Mason County Defendants
P.O. Box 11880, Olympia, WA 98508-1880
Telephone: (360) 754-3480
Email: gbogdanovich@lldkb.com

## ORDER

Having considered the Motion, Settlement GAL Report, and other materials, the Court

hereby approves the settlement on the terms set forth in the Settlement GAL Report and dismisses

this case with prejudice and without further costs or attorneys' fees.

IT IS SO ORDERED.

Dated this 12th day of October, 2018 .



Ronald B. Leighton
United States District Judge

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509